# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LAMAR TOLLIVER,<br><br>                         Plaintiff,<br>vs.<br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA and STEVEN CAMBRA, JR.,<br><br>                        Defendants. | CASE NO. 99-CV-0719-H (JFS)<br><br>ORDER DENYING MOTION TO VACATE JUDGMENT |

On January 26, 2001, the Court denied petitioner Darryl Lamar Tolliver's ("Petitioner") petition for writ of habeas corpus. (Doc. No. 35.) On July 30, 2007, Petitioner filed a motion to vacate the Court's judgment pursuant to Rule 60(b)(6)[1] of the Federal Rules of Civil Procedure. (Doc. No. 65.) Petitioner bases his motion on the recent holding by the United States Supreme Court in Fry v. Pliler, 127 S. Ct. 2321, 2325 (2007), that on collateral review of a criminal judgment of state court, a federal court should assesses the prejudicial impact of a state court's constitutional error under the more forgiving "substantial and injurious effect" standard from Brecht v. Abrahamson, 507 U.S. 619 (1993), rather than the more stringent "harmless beyond reasonable doubt" standard from Chapman v. California, 386 U.S. 18 (1967), regardless

---

[1] Rule 60(b)(6) states that upon a motion and such terms as are just, a district court may relieve a party from a final judgment for any reason justifying relief from the operation of the judgment.

1  of whether the state courts recognized the error and reviewed for harmless beyond
2  reasonable doubt under <u>Chapman</u>.

3       Petitioner argues that the Court should vacate and reconsider its decision
4  regarding certain portions of Petitioner's ineffective assistance of counsel claim and
5  Petitioner's due process claim based on <u>Fry</u>.  Since the Court did not conclude that the
6  state court committed a constitutional error in denying Petitioner's habeas petition
7  pursuant to his claims of ineffective assistance of counsel or violation of due process,
8  <u>Fry</u> is not helpful to Petitioner.  Accordingly, the Court **DENIES** Petitioner's motion
9  to vacate the Court's judgment pursuant to Rule 60(b)(6).

10       IT IS SO ORDERED.
11  DATED:  <u>August 6, 2007</u>

12  
13       MARILYN L. HUFF, District Judge
     UNITED STATES DISTRICT COURT

14
15
16
17
18
19  COPIES TO:
    All parties of record.
20
21
22
23
24
25
26
27
28